Michael K. Friedland (SBN 157,217)
michael.friedland@fciplaw.com
Joseph S. Cianfrani (SBN 196,186)
joseph.cianfrani@fciplaw.com
Nicole R. Townes (SBN 272,342)
nicole.townes@fciplaw.com
David G. Kim (SBN 307,821)
david.kim@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614

Attorneys for Plaintiff and Counterclaim Defendants
LEVEL UP, LLC and Brad Glowaki

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEVEL UP, LLC, a Wyoming limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>RYAN RIEDER, an individual; DC PRACTICE GROWTH., an entity of unknown organization,<br><br>Defendants.<br><br>RYAN RIEDER, an individual; DC PRACTICE GROWTH LLC, a Florida limited liability company,<br><br>Counterclaimants,<br><br>v.<br><br>LEVEL UP, LLC, a Wyoming limited liability company; Brad Glowaki, an individual,<br><br>Counterclaim-Defendants. | Case No. 8:24-cv-01194-JFW-KES<br><br>NOTICE OF SETTLEMENT IN PRINCIPLE; REQUEST TO SUSPEND CASE FOR 30 DAYS TO ALLOW FOR FINALIZATION OF FORMAL AGREEMENT |

NOTICE OF SETTLEMENT

Plaintiff and Counterclaim Defendants Level Up, LLC and Brad Glowaki (collectively, "Plaintiff") and Defendants Ryan Reider and DC Practice Growth (collectively, "Defendants") hereby notify the Court that they have reached a settlement in principle.

Accordingly, the parties jointly request that this Court suspend and stay the proceedings in this action for 30 days to allow the parties to prepare and finalize a formal settlement agreement reflecting the terms to which they have agreed.

Respectfully submitted,

Dated: May 16, 2025                           FRIEDLAND CIANFRANI LLP

By: s/Michael K. Friedland
_____
Michael K. Friedland
Joseph S. Cianfrani
Nicole R. Townes
David G. Kim
Attorneys for Plaintiff Level Up, LLC and Counterclaim Defendants Level Up, LLC and Brad Glowaki

By: s/Tyra Hughley Smith
Tyra Hughley Smith
Jessica Eaves Mathews
Attorneys for Defendants DC Practice Growth LLC and Ryan Rieder

NOTICE OF SETTLEMENT - 1